# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

BALFORD EVANS
A/K/A Bald Head
DOB:
SSN:

**WARRANT FOR ARREST**

CASE NUMBER: 06-381-M-01

FILED
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
U S MARSHALS
GREENBELT, MARYLAND
2006 AUG 23 A 11: 37

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST **BALFORD EVANS** and bring him
forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging the defendant with (brief description of offense)

On June 15, 2006, in Prince George's County, in the District of Maryland, the defendant unlawfully, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more in violation of Title 21 United States Code, Section 841(b)(1)(B)(ii).

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

August 23, 2006 at Greenbelt, Maryland  11:30 a.m.
Date and Location

(By) Deputy Clerk

NO BOND pending initial appearance
Bail Fixed at $ _before judicial officer_

by _William Connelly_ United States Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/23/06 | Stephen K. Orr | |
| DATE OF ARREST 8/28/06 | Deputy US Marshal | |