**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
**Date: August 29, 2006**

Nancy Mayer-Whittington
Clerk of the Court

AUG 3 0 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Address of Other Court: United States District Court
6500 Cherrywood Lane
Second Floor
Greenbelt, Md. 20770
RE: 06MG381 Balford Evans

**FILED**

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet                              Warrant of Removal
- X   Warrant/Criminal Complaint                Order of Removal
-     Minute Order Appointing Counsel       X   Detention Order
-     Corporate Surety Bond                 X   Waiver of Removal
-     Personal Surety Bond
- X   Other-Blotter dated 8/28/06.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk